

**FILED**    DJ

6/16/2023

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

Kenneth McGahee                    )     23-CV-3681
                                   )     Judge Pallmeyer
_____    )     Magistrate Judge Valdez
                                   )     CAT 2
Plaintiff(s),                      )     DIRECT
                                   )
v.                                 )
Chicago Transit Authority          )          **RECEIVED**
                                   )
_____    )            JUN 1 2 2023  SMB
                                   )
Defendant(s).                      )          THOMAS G. BRUTON
                                         CLERK, U.S. DISTRICT COURT

### COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is Kenneth McGahee of the county of COOK in the state of Illinois.

3. The defendant is Chicago Transit Authority, whose street address is 567 W Lake St,
(city) Chicago (county) COOK (state) Illinois (ZIP) 60661
(Defendant's telephone number) (312)-664-7200

4. The plaintiff sought employment or was employed by the defendant at (street address)
1815 W 74th st (city) Chicago
(county) COOK (state) IL (ZIP code) 60636

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5.    The plaintiff [*check one box*]

(a)   ☐   was denied employment by the defendant.

(b)   ☐   was hired and is still employed by the defendant.

(c)   ☑   was employed but is no longer employed by the defendant.

6.    The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) O 6, (day) 15, (year) 2014 – 2018

7.1   (*Choose paragraph 7.1 or 7.2, do not complete both.*)

(a)   The defendant is not a federal governmental agency, and the plaintiff [*check one box*] ☐*has* ☑*has not* filed a charge or charges against the defendant

asserting the acts of discrimination indicated in this complaint with any of the

following government agencies:

(i)   ☐ the United States Equal Employment Opportunity Commission, on or about

(month)_____ (day)_____ (year)_____.

(ii)  ☐ the Illinois Department of Human Rights, on or about

(month)_____ (day)_____ (year)_____.

(b)   If charges *were* filed with an agency indicated above, a copy of the charge is

attached. ☐ Yes, ☐ No, **but plaintiff will file a copy of the charge within 14 days.**

It is the policy of both the Equal Employment Opportunity Commission and the Illinois

Department of Human Rights to cross-file with the other agency all charges received. The

plaintiff has no reason to believe that this policy was not followed in this case.

7.2   The defendant is a federal governmental agency, and

(a)   the plaintiff previously filed a Complaint of Employment Discrimination with the

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

defendant asserting the acts of discrimination indicated in this court complaint.

☐ Yes (month)_____ (day)_____ (year) _____

☑ No, did not file Complaint of Employment Discrimination

(b)  The plaintiff received a Final Agency Decision on (month)_____

(day) _____ (year) _____.

(c)  Attached is a copy of the

(i) Complaint of Employment Discrimination,

☐ Yes  ☐ No, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☐ Yes  ☐ N0, but a copy will be filed within 14 days.

8.  *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a) ☑  the United States Equal Employment Opportunity Commission has not

issued a *Notice of Right to Sue.*

(b) ☐ the United States Equal Employment Opportunity Commission has issued

a *Notice of Right to Sue*, which was received by the plaintiff on

(month)_____ (day)_____ (year)_____ a copy of which

*Notice* is attached to this complaint.

9.  The defendant discriminated against the plaintiff because of the plaintiff's [*check only*

*those that apply*]:

(a) ☐ Age (Age Discrimination Employment Act).

(b) ☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

3

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(c) ☑ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e) ☐ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

(g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]
(a) ☐ failed to hire the plaintiff.

(b) ☐ terminated the plaintiff's employment.

(c) ☑ failed to promote the plaintiff.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☑ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☑ failed to stop harassment;

(g) ☑ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☐ other (specify): *Because my use of F.M.L.A*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Destruction of CharActeR
HArrAssment ot my F.M.L.A.
Refuse my right to workers comp. After Injury
Refise to AccomadAt my Disability

13. The facts supporting the plaintiff's claim of discrimination are as follows:

As I continued to Apply for positions, I was qualified to perform. I was met with Rejection by managers. Including Manager McMillie who Responded to my Applying for the position As why Should I promote you when you continuesly use F.M.L.A.

14. **[AGE DISCRIMINATION ONLY]** Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☐ Yes ☑ No

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [**check only those that apply**]

   (a) ☐ Direct the defendant to hire the plaintiff.

   (b) ☑ Direct the defendant to re-employ the plaintiff.

   (c) ☑ Direct the defendant to promote the plaintiff.

   (d) ☑ Direct the defendant to reasonably accommodate the plaintiff's religion.

   (e) ☑ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

   (f) ☑ Direct the defendant to (specify): PAY Plaintiff, mentAL And fiNancial, Damages, loss wAyes, and defamation of CharActer, and Violatios my Americans with

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016 Disabiliest ACt.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

*I was constantly harrassed about my use of F.M.L.A. by the clercks, certain managers and a number of co-worke*

(g)  ☑ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h)  ☑ Grant such other relief as the Court may find appropriate.

_____
(Plaintiff's signature)

Kenneth McGehee
(Plaintiff's name)

P.O. Box 199212
(Plaintiff's street address)

(City) Chicago   (State) IL   (ZIP) 60619

(Plaintiff's telephone number) (773) – 658-7863

Date: 05-17-23

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016